# EXHIBIT D



Kris Jusiak <kris@jusiak.net>

## Hi Kris: Systematic Trading - New team in Austin, NYC or Chicago

**Cara De-Cadenet via LinkedIn** <hit-reply@linkedin.com>     Sun, Jul 28, 2019 at 3:28 AM
Reply-To: Cara De-Cadenet via LinkedIn <fab29183-5f3c-42f1-9503-6541b1ee9751@reply.linkedin.com>
To: Kris Jusiak <kris@jusiak.net>

**Linked in** ™ Recruiter

Hi Kris,

I am doing some work for this hiring manager at Citadel who joined from QuantLab.

- https://www.linkedin.com/in/drdavidreynolds/

Hiring in Austin, Chicago, or NYC.

David Reynolds heads up Citadel new systematic trading technology. He used to work at QuantLabs before at CTO where he took them from a tiny company to a major player in the low latency trading space.

He's building everything from the ground up to make Citadels Systematic trading business low latency, real-time. But they're also seeking folks that can work on the quantitative analysis part, backtesting using market and alternative data.

Currently, there is an open requirement for a C++ Dev

I do have more info I can share with you...that's if you're interested?

Can we have a quick call on the phone?

Cara De-Cadenet
Technical Recruiter at Lincoln AIM

TIP   You can respond to Cara by replying to this email

You are receiving Emails from Recruiter notification emails. Unsubscribe
This email was intended for Kris Jusiak (Senior Software Engineer). Learn why we included this.
If you need assistance or have questions, please contact LinkedIn Customer Service.

© 2019 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.



Kris Jusiak <kris@jusiak.net>

# Hi Kris: Did you catch my last message

**Cara De-Cadenet via LinkedIn** <hit-reply@linkedin.com>　　　　　　　　　　　Thu, Aug 1, 2019 at 3:15 AM
Reply-To: Cara De-Cadenet via LinkedIn <ab70c887-730f-43c3-82a9-96b24ae75921@reply.linkedin.com>
To: Kris Jusiak <kris@jusiak.net>

**LinkedIn** Recruiter

Hi Kris,

I'm sure that you get a lot of these messages, so I am just checking in to see if you caught my last in-mail?

I'd love to hear your thoughts!

Best

Cara De-Cadenet
Technical Recruiter at Lincoln AIM

TIP  You can respond to Cara by replying to this email

You are receiving Emails from Recruiter notification emails. Unsubscribe
This email was intended for Kris Jusiak (Senior Software Engineer). Learn why we included this.
If you need assistance or have questions, please contact LinkedIn Customer Service.

© 2019 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.



**Cara De-Cadenet** · 3:28 AM

Hi Kris,

I am doing some work for this hiring manager at Citadel who joined from QuantLab.

- https://www.linkedin.com/in/drdavidreynolds/

Hiring in Austin, Chicago, or NYC.

David Reynolds heads up Citadel new systematic trading technology. He used to work at QuantLabs before at CTO where he took them from a tiny company to a major player in the low latency trading space.

He's building everything from the ground up to make Citadels Systematic trading business low latency, real-time. But they're also seeking folks that can work on the quantitative analysis part, backtesting using market and alternative data.

Currently, there is an open requirement for a C++ Dev

I do have more info I can share with you...that's if you're interested?

Can we have a quick call on the phone?

Cara De-Cadenet
Technical Recruiter at Lincoln AIM



**David Reynolds - Head of Systematic Trading Technology -...**
linkedin.com