# EXHIBIT E

Contact

www.linkedin.com/in/
drdavidreynolds (LinkedIn)

Top Skills
Software Development
Electronic Trading
Python

# David Reynolds
Head of Systematic Trading Technology at Citadel Securities
Greater Chicago Area

## Summary

Creating and leading small, agile teams of C++ software developers who build state of the art trading systems.

---

## Experience

**Citadel Securities**
Head of Systematic Trading Technology
December 2018 - Present
Chicago, Illinois

Responsible for real-time trading platforms and low-latency software development.

**Leder Lane Consulting, LLC**
Consultant
January 2018 - November 2018 (11 months)
Texas, USA

Software development in Amazon AWS for medium size family office limited partnership, including data processing, operations, and fundamental research.

**Quantlab Financial LLC**
Chief Technology Officer
August 1999 - August 2017 (18 years 1 month)

From 2001 through 2017, made a critical contribution in helping Quantlab to grow from a small firm to becoming a leading player in the high frequency trading industry. Original architect of Quantlab's high frequency trading applications, working closely with traders, quantitative scientists and technologists to deliver the cutting edge system that was key to the firm's success.

Grew Quantlab's technology team from a handful of developers and IT engineers to more than 100 employees across multiple offices, managing multiple concurrent projects through five technology directors. Areas of responsibility included software development, trading systems and



infrastructure, enterprise applications and infrastructure, business development, FPGA engineering, and litigation support.

## MDC Technology, Ltd.
Mathematician
October 1997 - October 1999 (2 years 1 month)

Played a leading role in developing the firm's next generation real-time optimization software, converting multivariate numerical algorithms to sparse matrix formulation.

Worked closely with engineers and sales managers to help develop and integrate the new applications to customer environments, and also incorporate the new code within systems developed by business partner firms and technology integrators.

## University of Newcastle
Research Associate
July 1996 - October 1997 (1 year 4 months)

Lead researcher for developing structural optimization algorithms for design and optimization problems. Developed breakthroughs in the field of self-designing structures using finite element methods and grid smoothing techniques.

Developed algorithms which reduced the run time of differential equation solvers by two orders of magnitude and published the results in industry journals.

# Education

**Glasgow Caledonian University**
PhD, Mathematics · (1993 - 1996)

**University of Strathclyde**
MSc, Mathematics · (1992 - 1993)

**University of Glasgow**
BSc, Mathematics · (1988 - 1992)